Ted W. Cassman (Cal. Bar 98932)
Laurel Headley (Cal. Bar 152306)
Raphael Goldman (Cal. Bar 229261)
ARGUEDAS, CASSMAN, HEADLEY &
GOLDMAN LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone:   (510) 845-3000
Facsimile:   (510) 845-3003
*Counsel for Defendant*
*LIANG CHEN*

Daniel Olmos (CA SBN 235319)
Evan C. Greenberg (CA SBN 271356)
NOLAN BARTON & OLMOS, LLP
600 University Avenue
Palo Alto, CA  94301
Telephone: (650) 326-2980
Facsimile: 650-326-9704
*Counsel for Defendant*
*WEI-YUNG HSU*

Leland B. Altschuler (CA SBN 81459)
LAW OFFICES OF LELAND B.
ALTSCHULER
1580 Cañada Lane
Woodside, CA 94062
Telephone: (650) 328-7917
Facsimile: (650) 989-4200
*Counsel for Defendant*
*DONALD OLGADO*

Bruce C. Funk (CA SBN 122340)
LAW OFFICE OF BRUCE C. FUNK
46 W. Santa Clara Street
San Jose, CA 95113
Telephone: (408) 280-6488
Facsimile: (408) 286-3139
*Counsel for Defendant*
*ROBERT EWALD*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-17-603 BLF |
| ) | |
| Plaintiff, ) | **DEFENDANTS' JOINT RESPONSE TO** |
| ) | **GOVERNMENT MOTION IN LIMINE NO.** |
| vs. ) | **2 [ADMIT BUSINESS RECORDS]** |
| ) | |
| LIANG CHEN, DONALD OLGADO, ) | Date: June 24, 2021 |
| WEI-YUNG HSU, and ROBERT ) | Time: 1:30 p.m. |
| EWALD, ) | Hon. Beth Labson Freeman |
| ) | Courtroom 3 |
| Defendants. ) | |
| ) | |
| ) | |

## **MEMORANDUM OF POINTS AND AUTHORITIES**

The government has moved for an order admitting into evidence at trial specified business records produced by three internet service providers, AT&T, Google and Yahoo! in response to grand jury subpoenas.  Government's Motion In Limine No. 2, Dkt. 216, p. 2-3.  Defendants have no objection to this request and are prepared to enter into an appropriate stipulation for admission of the specified records.

Dated: June 17, 2021　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　 _/s/ Ted W. Cassman_
　　　　　　　　　　　　　　　　Ted W. Cassman
　　　　　　　　　　　　　　　　ARGUEDAS, CASSMAN, HEADLEY &
　　　　　　　　　　　　　　　　GOLDMAN LLP

　　　　　　　　　　　　　　　　_Counsel for Liang Chen_