AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **JUDGMENT OF ACQUITTAL** |
|---|---|
| V. | CASE NUMBER: 17-cr-00603-BLF-1 |
| LIANG CHEN | |

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Beth Labson Freeman, United States District Judge
Name and Title of Judge

August 27, 2021
Date